# EXHIBIT A



JON A. GEGENHEIMER
# JEFFERSON PARISH CLERK OF COURT
*24th Judicial District Court Civil Records Division – FAX Filing*
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-2971



## LETTER REQUEST RECEIPT OF TRANSMISSION

**To:** JULIE-ANN DUHE' KEATING/ATTORNEY
FAX # 888-532-0856

May 03, 20 19

**From:** s/ Kayla M. Palmer, *Deputy Clerk of Court*
24th JDC FAX Filing • (504) 364-2971

**Re:** Case #: 791-862   Div.: N
Case Title: RAMOS GONZALES vs METROPOLITAN LIFE INSURANCE COMPANY

Total Number of Pages: 5
Document Type: REISSUE SERVICE

Receipt is hereby acknowledged of the above described document, which was filed at 01:02 ☐ A.M. ☒ P.M. on May 03, 20 19.

This facsimile filing receipt of transmission acknowledges that the clerk received the letter request. If additional fees are required they will be listed below.

☒ Check or money order payable to "Jefferson Parish Clerk of Court": $ $0.00
☒ Check or money order payable to "East Baton Rouge Sheriff": $ $33.36
☐ Check or money order payable to "Jefferson Parish Sheriff": $
☐ Check or money order payable to "Orleans Parish Civil Sheriff": $
☐ Check or money order payable to "Louisiana Secretary of State": $
☐ Check or money order payable to _____ : $
☐ Check or money order payable to _____ : $
☐ Other:

Julie-Ann A. Duhe'-Keating*
Julie-Ann@toughsmartlaw.com

Krystena L. Harper *†
Kryste@toughsmartlaw.com

# KEATING LAW FIRM
3714 AIRLINE DRIVE
METAIRIE, LOUISIANA 70001
TELEPHONE 504-832-2232
FACSIMILE 888-532-0856

www.TOUGHSMARTLAW.COM

Stephanie N. Frederick
Stephanie@toughsmartlaw.com

*Also Licensed in Texas
† Of Counsel

May 3, 2019

**Via Certified Mail No.: 7015 3010 0000 9011 2668**
Clerk of Court
24th Judicial District Court, Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054-0010

RE:  Our Client:  Ramos Gonzales
     Docket No.:  791-862, Division "N," Civil District Court for Parish of Jefferson
     Caption:     Ramos Gonzales v. Metropolitan Life Insurance Company

Dear Clerk:

Enclosed is our Petition for Damages, propounded to defendants, which was fax-filed on February 4, 2019. At the time, we requested to hold service.

It is requested that your office re-issue the citation and Petition for Damages, Request for Notice upon Defendant, Transit Management of Southeast Louisiana, Incorporated (TMSEL), as follows:

**METROPOLITAN LIFE INSURANCE COMPANY**
**Through their registered agent for service of process:**
**Corporation Service Company**
**501 Louisiana Avenue**
**Baton Rouge, Louisiana 70802**

Enclosed is our firm check payable to the East Baton Rouge Sheriff's Office in the sum of Thirty-three and 36/100 ($33.36) Dollars to cover the related service fees.

Thank you for your time and attention in this matter. Please do not hesitate to call if you have any questions or concerns.

EBR ck# 010872
33.36

Sincerely,

Julie-Ann Duhe' Keating

JAK/odm
Enclosure

Filed by: Fax
Date: 02-04-19
Time: 5:02 pm
Deputy Clerk: ~~MICHELLE BRUNER~~
(SEE ATTACHED LOG)

FILED FOR RECORD 02/07/2019 14:26:25
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA



## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO: 791-862                               DIVISION: "M"

### RAMOS GONZALES

### VERSUS

### METROPOLITAN LIFE INSURANCE COMPANY

FILED: _____          _____
                                          DEPUTY CLERK

### PETITION FOR DAMAGES

The Petition of Plaintiff, RAMOS GONZALES, a person of the full age of majority residing and domiciled in the Parish of Jefferson, respectfully represents:

I.

Made Defendant herein is METROPOLITAN LIFE INSURANCE COMPANY ("hereinafter referred to as MetLife"), a foreign insurer created under the laws of the State of Florida, with its principal place of business in the State of New York, which entity, at all times pertinent hereto, was an admitted insurer authorized to do and doing business in the State of Louisiana.

II.

On or about February 4, 2018, while attending a parade on St. Charles Avenue in the Parish of Orleans, State of Louisiana, Plaintiff collapsed from suffering a middle cerebral artery stroke. The signs and symptoms of the stroke were almost immediately recognized by the wife of Plaintiff, Laurie Gonzales, a registered nurse, who promptly called 911. Plaintiff was then transported to Ochsner Main Campus located at 1415 Jefferson Highway, Metairie, Louisiana 70001, in the Parish of Jefferson, where Plaintiff remained in the Neurological Intensive Care Unit for (3) three days. Plaintiff was released from the hospital on or about February 7, 2018.

III.

At all times relevant hereto, Plaintiff had a critical illness insurance contract, in effect, with MetLife. The applicable insurance contract specifically provided coverage for the critical illness/incident that occurred on February 4, 2018, more specifically, for "stroke" which is

defined under the policy as "a cerebrovascular accident or incident producing measurable, functional and permanent neurological impairment (not including transient ischemic attacks (TIA), or prolonged reversible ischemic attacks) caused by any of the following which result in an infarction of brain tissue: hemorrhage; thrombus; or embolus from an extracranial source."

IV.

The MetLife policy contains inconsistent provisions regarding "proof of loss," which make the policy ambiguous at best; therefor, necessarily requiring a finding of coverage in favor of Plaintiff.

V.

MetLife assigned an adjustor to respond to Plaintiff's claim, Sara Marr, who denied Plaintiff's claim by letter dated April 6, 2018, claiming that Plaintiff failed to provide "satisfactory" proof of loss to the company. On or about June 5, 2018, Plaintiff timely appealed the decision, but MetLife has since failed and/or refused to make any payments on the claim despite the fact that Plaintiff undeniably suffered a stroke on February 4, 2018.

VI.

Plaintiff has suffered significant and permanent neurological impairment and is now limited in activities because of his condition. Since suffering a stroke on February 4, 2018, Plaintiff has been diagnosed with depressed heart function causing lower than normal ejection fraction, significant neurological and/or cognitive impairment, including, but not limited to, both long-term and short-term memory loss, difficulty remembering details, including dates and/or events, difficulty remembering and/or following instructions, and difficulty remembering and/or completing tasks. In addition to cognitive impairments, Plaintiff has also suffered significant mental health impairment as a direct result of his illness, including, but not limited to, depression, anxiety, low self-esteem, lack of confidence, and overall loss of enjoyment of life due to his ability to partake in many activities enjoyed prior to his illness. Additionally, Plaintiff suffered a shoulder injury from the fall, which has been confirmed as a tear and which will require surgery.

24th JDC Civil Fax Filed Letter Request:05/03/2019 13:02:29 Case:791862 Div:N ID:28853



## VII.

La. R.S. §22:1821, provides in pertinent part, that, "[a]ll claims arising under the terms of health and accident contracts issued in this state, except as provided in Subsection B of this Section, shall be paid not more than thirty days from the date upon which written notice and proof of claim, in the form required by the terms of the policy, are furnished to the insurer unless just and reasonable grounds, such as would put a reasonable and prudent businessman on his guard, exist. *** Failure to comply with the provisions of this Section shall subject the insurer to a penalty payable to the insured of double the amount of the health and accident benefits due under the terms of the policy or contract during the period of delay, together with attorney fees to be determined by the court."

**WHEREFORE**, Plaintiff prays that Defendant, MetLife, be served with this Petition, and that after due proceedings be had, there be judgment casting Defendant as liable unto Plaintiff for compensatory damages, attorney's fees, penalties, legal interest, all costs, and for all general and equitable relief to which he may be entitled, as the nature of this case may warrant.

Respectfully submitted,

_____
JULIE-ANN A. DUHE' KEATING NO. 28343
KRYSTENA L. HARPER NO. 27494
THE KEATING LAW FIRM L.L.C.
3714 Airline Drive
Metairie, Louisiana 70001
Telephone: (504) 832-2232
Telecopy: (888) 532-0856
Counsel for Plaintiff

**PLEASE SERVE:**

METROPOLITAN LIFE INSURANCE COMPANY
Through their registered agent for service of process:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

please withhold service at this time

24th JDC Civil Fax Filed Letter Request:05/03/2019 13:02:29 Case:791862 Div:N ID:28853

FILED FOR RECORD 02/07/2019 14:26:26
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA

Filed by: Fax
Date: 02.04.19
Time: 5:02 pm
Deputy Clerk: S/MICHELLE BRUNER
(SEE ATTACHED LOG)

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO: 791-862                                      DIVISION: 4

### RAMOS GONZALES

### VERSUS

### METROPOLITAN LIFE INSURANCE COMPANY

FILED: _____        _____
                                                          DEPUTY CLERK

### VERIFICATION

STATE OF LOUISIANA

PARISH OF _____

BEFORE ME, the undersigned authority, personally came and appeared RAMOS GONZALES, who, after being first duly sworn, deposed and said:

That he is the plaintiff in the above petition, that he has read the same, and that all of the allegations of fact contained therein are true to the best of his knowledge.

_____
RAMOS GONZALES

SWORN AND SUBSCRIBED
BEFORE ME this 4
day of February, 2019.

_____
KRYSTENA L. HARPER (Bar No. 27494)
NOTARY PUBLIC
My Commission is for life

Case 2:20-cv-01022-SSV-KWR  Document 1-1  Filed 03/26/20  Page 8 of 14

*Rec* FILED FOR RECORD 05/08/2019 09:14:05
Sandra M. Hoeltke, DY CLERK
*Via mail* JEFFERSON PARISH, LA

P1 /532

| Julie-Ann A. Duhe'-Keating* | **KEATING LAW FIRM** | Stephanie N. Frederick |
|---|---|---|
| *Julie-Ann@toughsmartlaw.com* | 3714 AIRLINE DRIVE<br>METAIRIE, LOUISIANA 70001<br>TELEPHONE 504-832-2232<br>FACSIMILE 888-532-0856 | *Stephanie@toughsmartlaw.com* |
| Krystena L. Harper *†<br>*Kryste@toughsmartlaw.com* | WWW.TOUGHSMARTLAW.COM | *Also Licensed in Texas<br>† Of Counsel |

May 3, 2019

Filed by: **Fax** 5-3-19
Date:
Time: 1:02 Pm
Deputy Clerk: S/Kayla M. Palmer
(SEE ATTACHED LOG)

**Via Certified Mail No.: 7015 3010 0000 9011 2668**
Clerk of Court
24th Judicial District Court, Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054-0010

RE:  Our Client:  Ramos Gonzales
     Docket No.:  791-862, Division "N," Civil District Court for Parish of Jefferson
     Caption:     Ramos Gonzales v. Metropolitan Life Insurance Company

Dear Clerk:

Enclosed is our Petition for Damages, propounded to defendants, which was fax-filed on February 4, 2019. At the time, we requested to hold service.

It is requested that your office re-issue the citation and Petition for Damages, Request for Notice upon Defendant, Transit Management of Southeast Louisiana, Incorporated (TMSEL), as follows:

> **METROPOLITAN LIFE INSURANCE COMPANY**
> **Through their registered agent for service of process:**
> **Corporation Service Company**
> **501 Louisiana Avenue**
> **Baton Rouge, Louisiana 70802**

Enclosed is our firm check payable to the East Baton Rouge Sheriff's Office in the sum of Thirty-three and 36/100 ($33.36) Dollars to cover the related service fees.

Thank you for your time and attention in this matter. Please do not hesitate to call if you have any questions or concerns.

EBR ck# 010892
33.36

Sincerely,

Julie-Ann Duhe' Keating

JAK/odm  Returned 50.00
Enclosure  SS ck# 010873

Keating Law Firm, L.L.C.
3714 Airline Drive
Metairie, LA 70001

791-862

CERTIFIED MAIL

7015 3010 0000 9011 2668

5-7-2019

$009.80
0000675555 MAY 03 2019
MAILED FROM ZIP CODE 70001

Div. N

Clerk of Court
24th Judicial District Court, Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054-0010

Rec
FILED FOR RECORD 05/08/2019 09:15:01
Sandra M. Hoeltke, DY CLERK
JEFFERSON PARISH, LA

5-7-2019

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   190508-9235-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RAMOS GONZALES
    versus
METROPOLITAN LIFE INSURANCE COMPANY

Case: 791-862   Div: "N"
P 1 RAMOS GONZALES

To: METROPOLITAN LIFE INSURANCE COMPANY
THROUGH CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

EBR# 010872 $33.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney KRYSTENA L. HARPER and was issued by the Clerk of Court on the 8th day of May, 2019.

/s/ Masie A Comeaux
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   190508-9235-5

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal    ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant    ___ Received too late to serve
    ___ Moved    ___ No longer works at this address
    ___ No such address    ___ Need apartment / building number
    ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____


FILED FOR RECORD 06/06/2019 10:12:51
Dianne A. Everage, DY CLERK
JEFFERSON PARISH, LA

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   190508-9235-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RAMOS GONZALES
   versus
METROPOLITAN LIFE INSURANCE COMPANY

Case: 791-862   Div: "N"
P 1 RAMOS GONZALES

To: METROPOLITAN LIFE INSURANCE COMPANY
THROUGH CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE LA 70802

EBR# 010872 $33.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney KRYSTENA L. HARPER and was issued by the Clerk of Court on the 8th day of May, 2019.

/s/ Masie A Comeaux
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   190508-9235-5

Received:_____  Served:_____  Returned:_____

Service was made:
   ___ Personal          ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                  Deputy Sheriff
Parish of: _____

MAY 30 2019

I made service on the named party through the CORPORATION SERVICE COMPANY

MAY 31 2019

by tendering a copy of this document to:
☐ ~~Officer~~ Emily Fields
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, LA

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1

P) 532

| Julie-Ann A. Duhe'-Keating* | **KEATING LAW FIRM** | Stephanie N. Frederick |
|---|---|---|
| *Julie-Ann@toughsmartlaw.com* | 3714 AIRLINE DRIVE<br>METAIRIE, LOUISIANA 70001<br>TELEPHONE 504-832-2232 | *Stephanie@toughsmartlaw.com* |
| Krystena L. Harper *†<br>*Kryste@toughsmartlaw.com* | FACSIMILE 888-532-0856<br><br>WWW.TOUGHSMARTLAW.COM | *Also Licensed in Texas<br>† Of Counsel |

February 19, 2020

**Via U.S. Mail**
Clerk of Court
24th Judicial District Court, Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054-0010

FILED FOR RECORD 02/24/2020 09:05:27
Mandy C. Plaisance, DY CLERK
JEFFERSON PARISH, LA

    RE:    *Ramos Gonzales v. Metropolitan Life Insurance Company*
             24th Judicial District Court for the Parish of Jefferson, No. 791-862, Div. "N"

Dear Sir or Madam:

Enclosed are our re-issued checks for service which were pertaining to the Petition for Damages which was fax-filed on February 18, 2019.

It is requested that your office re-issue the citation and Petition for Damages upon the Defendant, Metropolitan Life Insurance Group, the address is as follows:

    **METROPOLITAN LIFE INSURANCE GROUP**
    Through their registered agent for service of process:
    Louisiana Secretary of State
    8585 Archives Avenue    SOS CK# 011269 $50.00
    Baton Rouge, Louisiana 70890    EBR CK# 011270 $39.36

Enclosed are our firm checks payable to the Jefferson Parish Sheriff's Office in the sum of Ninety and 00/100 ($90.00) Dollars and our firm check payable to East Baton Rouge Sheriff to cover the related service fees.

Thank you for your time and attention in this matter. Please do not hesitate to call if you have any questions or concerns.

                                                    Sincerely,

                                                    Julie Ann Duhe' Keating

JAK/odm
Enclosure

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   200224-7776-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RAMOS GONZALES
    versus
METROPOLITAN LIFE INSURANCE COMPANY

Case: 791-862    Div: "N"
P 1 RAMOS GONZALES

To: METROPOLITAN LIFE INSURANCE COMPANY
THROUGH REGISTERED AGENT
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70890

SS# 011269 $50.00
EBR# 011270 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney KRYSTENA L. HARPER and was issued by the Clerk of Court on the 24th day of February, 2020.

/s/ Masie A Comeaux
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   200224-7776-2

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal          ___ Domicilary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant                 ___ Received too late to serve
   ___ Moved                  ___ No longer works at this address
   ___ No such address        ___ Need apartment / building number
   ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____
Completed by:_____ # _____
                 Deputy Sheriff
Parish of: _____

Imaged 02/24/2020 09:44 - Signed: Deputy Clerk of Court /s/ Masie A Comeaux

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053
Page 1 of 1

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   200224-7776-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RAMOS GONZALES
  versus
METROPOLITAN LIFE INSURANCE COMPANY

Case: 791-862    Div: "N"
P 1 RAMOS GONZALES

To: METROPOLITAN LIFE INSURANCE COMPANY
THROUGH REGISTERED AGENT
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70890

SS# 011269 $50.00
EBR# 011270 $39.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES/VERIFICATION of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney KRYSTENA L. HARPER and was issued by the Clerk of Court on the 24th day of February, 2020.

/s/ Masie A Comeaux
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____ SERVICE INFORMATION _____

(101) CITATION: PETITION FOR DAMAGES/VERIFICATION;   200224-7776-2

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal    ___ Domiciliary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant    ___ Received too late to serve
  ___ Moved    ___ No longer works at this address
  ___ No such address    ___ Need apartment / building number
  ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
    Deputy Sheriff
Parish of: _____

*I made service on the named party through the Office of the Secretary of State on MAR 11 2020 by tendering a copy of this document to: KATHY DARDEN*

BY: DY. L. KLING 0586
Deputy Sheriff, Parish of East Baton Rouge, LA

RECEIVED
[-- 1 0 ...]
E.B.R. Sheriff Office

FILED FOR RECORD 03/23/2020 10:30:41
Courtney T. Boudreaux, DY CLERK
JEFFERSON PARISH, LA